# United States District Court
## Southern District of Georgia

LEVI ARTHUR FEDD,

Plaintiff,

v.

UNIT MANAGER BYIRD; JOHN AND/OR JANE DOE;
and WARDEN JOHN AND OR JAME DOE,

Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 6:18-cv-121

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's Order dated August 1, 2019, adopting the Magistrate Judge's Report and Recommendation, judgment is hereby entered dismissing the case without prejudice and denying Plaintiff's leave to appeal in forma pauperis.

Approved by: _____

August 9, 2019
Date

Scott L. Poff
Clerk

(By) Deputy Clerk